# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:14-cr-00240 |
| v. : | |
| : | (Judge Kane) |
| **ANDREW ALEXANDER,** : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 10th day of August 2015, **IT IS HEREBY ORDERED THAT** Defendant's omnibus pretrial motion (Doc. No. 50) is **DENIED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania